**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSHUA FRIEDMAN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>- against -<br><br>AMERICAN MEDICAL COLLECTION AGENCY, INC., A/K/A AMCA,<br><br>        Defendant. | Docket No.: 3:18-cv-02951<br><br>**CONSENT ORDER OF DISMISSAL** |

WHEREAS, Counsel for Plaintiff and Defendant in the above-captioned matter have agreed to and jointly request a dismissal of this action without prejudice with leave to reopen. If this matter is not reopened within 45 days of this order, the dismissal will be on the merits and with prejudice as to Plaintiff and without prejudice as to the putative class members, if any, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                     **SO ORDERED**

                     _/s/ M. Shipp  8/28/18_
                     Honorable Michael A. Shipp

Consented to as to form, content, and entry:

| | |
|---|---|
| Varacalli & Hamra, LLP<br>*Attorneys for Plaintiff* | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant* |
| *s/Abraham Hamra*<br>Abraham Hamra<br>32 Broadway, Suite 1818<br>New York, New York 10004<br>Tel: (646) 590-0571<br>E-mail: ahamra@svhllp.com | *s/Han Sheng Beh*<br>Han Sheng Beh<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Tel.: (212) 471-6200<br>E-mail: hbeh@hinshawlaw.com |